IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 20-565 <br><br> Judge Campbell-Smith |

## JOINT STATUS REPORT

Pursuant to the Court's September 22, 2021 Order (ECF No. 18) the parties respectfully submit this Joint Status Report.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. On September 22, 2021, the Court continued the stay until further order of the Court, and ordered the parties to file a joint status report on November 4, 2021, and then every 30 days thereafter. ECF No. 18.

The parties believe that the current continued stay in this case will provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. As the parties reported previously, counsel for a large number of plaintiff health plans shared a proposal with the Government on December 3, 2021. The Government is reviewing the proposal and consulting with the client agency and its actuaries. The Government hopes to provide Plaintiffs with a substantive response by late January. Plaintiffs here have expressed a willingness to consider seriously the method, if any, that the Government is able to agree to with the other CSR

1

plaintiffs for resolving or streamlining the CSR cases. In addition, the parties here are discussing with each other and may present to the Court, other options to partially or fully resolve the remaining claims.

| | |
|---|---|
| Dated: January 4, 2022 | Respectfully submitted, |
| s/ Stephen McBrady<br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>SMcBrady@crowell.com | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director |
| OF COUNSEL:<br>Daniel Wolff<br>Charles Baek | s/Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | s/ Albert S. Iarossi<br>ALBERT S. IAROSSI<br>Trial Attorney<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-3755<br>Email: Albert.S.Iarossi@usdoj.gov |
| *Counsel for Plaintiff* | OF COUNSEL:<br><br>CHRISTOPHER J. CARNEY<br>Senior Litigation Counsel<br><br>ERIC E. LAUFGRABEN<br>Senior Trial Counsel<br><br>*Counsel for Defendant* |