IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 20-565 <br><br> Judge Campbell-Smith |

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2021 Order (ECF No. 18) the parties respectfully submit this Joint Status Report.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. On September 22, 2021, the Court continued the stay until further order of the Court, and ordered the parties to file a joint status report on November 4, 2021, and then every 30 days. ECF No. 18.

The parties believe that the current continued stay in this case will provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. Counsel for the Government has advised that it plans to meet with CMS representatives on Monday, April 4, 2022 to discuss the Government's substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond. The Government hopes to provide the CSR Plaintiffs with a substantive response soon after this meeting. The parties thus respectfully request that the Court continue the stay in this case.

1

| | |
|---|---|
| Dated:  April 4, 2022 | Respectfully submitted, |
| s/ Stephen McBrady<br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW Washington, DC 20004<br>Telephone:  (202) 624-2500<br>Facsimile:  (202) 628-5116<br>SMcBrady@crowell.com<br><br>OF COUNSEL:<br><br>Charles Baek<br><br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director<br><br>s/ Albert S. Iarossi<br>ALBERT S. IAROSSI<br>Trial Attorney<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 616-3755<br>Email:         Albert.S.Iarossi@usdoj.gov<br><br>OF COUNSEL:<br><br>DAVID M. KERR<br>Trial Attorney<br><br>*Counsel for Defendant* |