IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 20-565 <br><br> Judge Campbell-Smith |

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2021 Order (ECF No. 18), the parties respectfully submit this Joint Status Report. This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases.

The parties request that the Court continue the stay in this case until July 21, 2022 to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. The parties believe that the current continued stay in this case will provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. CSR Plaintiffs are in the process of reviewing the Government's response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018, and the parties plan to meet and confer regarding the Government's response and the potential mutual resolution of pending CSR claims for benefit years 2018 and beyond. The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded

additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation.  Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

    Accordingly, the parties jointly request that the Court continue the stay in this case until July 21, 2022, at which time the parties will file a Joint Status Report to update the Court on the status of their efforts to fully resolve this matter.

| | |
|---|---|
| June 6, 2022 | Respectfully submitted, |
| | |
| s/ Stephen McBrady | BRIAN M. BOYNTON |
| Stephen McBrady | Principal Deputy Assistant Attorney General |
| CROWELL & MORING LLP | |
| 1001 Pennsylvania Avenue, NW Washington, DC 20004 | PATRICIA M. McCARTHY |
| Telephone:  (202) 624-2500 | Director |
| Facsimile:  (202) 628-5116 | |
| SMcBrady@crowell.com | /s/ Claudia Burke |
| | CLAUDIA BURKE |
| OF COUNSEL: | Assistant Director |
| | |
| Charles Baek | s/Albert S. Iarossi |
| | ALBERT S. IAROSSI |
| CROWELL & MORING LLP | Trial Attorney |
| 1001 Pennsylvania Avenue, NW | Commercial Litigation Branch |
| Washington, DC 20004 | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone:  (202) 616-3755 |
| | Facsimile:   (202) 353-0461 |
| | Email:        albert.s.iarossi@usdoj.gov |
| | |
| | OF COUNSEL: |
| | |
| | DAVID M. KERR |
| | Trial Attorney |
| | |
| | Civil Division |
| | U.S. Department of Justice |
| | |
| | Counsel for Defendant |