IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., | ) ) ) |
| Plaintiff, | ) ) Case No. 20-565 |
| v. | ) ) Judge Campbell-Smith |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 8, 2022 order (ECF No. 26) the parties respectfully submit this Joint Status Report.

This case is currently stayed because the Government is working with a number of cost-sharing reduction ("CSR") Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases. On June 8, 2022, the Court ordered the parties to file a joint status report every 45 days.

The parties believe that the current continued stay in this case will provide more time for the parties to continue their discussions about resolving the damages amounts owed by the Government in the pending CSR cases, including this one, for benefit years 2018 and beyond without further litigation. On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond. On May 20, 2022, counsel for the Government and for a number of CSR Plaintiffs, including this case, participated in a teleconference with actuaries to discuss the proposed settlement methodology and to share relevant data. On May 23, 2022, CSR Plaintiffs

Case 1:20-cv-00565-PEC   Document 29   Filed 10/21/22   Page 2 of 3

responded to the Government's April 28, 2022 letter.  Thereafter, the parties have convened by phone multiple times, and the Government produced certain settlement-related data and other information to the CSR Plaintiffs on July 22, 2022, which the parties hope will continue to advance our settlement discussions.  Most recently, the parties participated in a settlement-related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the Government on September 15, 2022.  CSR Plaintiffs expect to receive a response letter from the Government this week.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation.  Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

Pursuant to the Court's June 8 order, the parties will file another Joint Status Report within 45 days to update the Court on the status of their efforts to fully resolve this matter.

| | |
|---|---|
| October 21, 2022 | Respectfully submitted, |
| /s/ Stephen McBrady<br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW Washington, DC 20004<br>Telephone:  (202) 624-2500<br>Facsimile:  (202) 628-5116<br>SMcBrady@crowell.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Claudia Burke by Eric P. Bruskin<br>CLAUDIA BURKE<br>Assistant Director<br><br>s/ Albert S. Iarossi<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:   (202) 307-3390<br>Email:  albert.s.iarossi@usdoj.gov |


2

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Charles Baek | DAVID M. KERR<br>Trial Attorney |
| CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Civil Division<br>U.S. Department of Justice |
| Counsel for Plaintiff | Counsel for Defendant |