## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HEALTH ALLIANCE
MEDICAL PLANS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

Case No. 20-565

Judge Campbell-Smith

## JOINT STATUS REPORT

Pursuant to the Court's June 8, 2022 order (ECF No. 26), the parties respectfully submit this Joint Status Report.

In July 2021, shortly after the U.S. Supreme Court denied the petition for writ of certiorari (No. 20-1162) and the Government's conditional cross-petition (No. 20-1432) in *Maine Community Health Options v. United States*, which sought review of the Federal Circuit's CSR decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020), the parties began discussions regarding the next steps in this litigation. Several different attorneys, collectively representing a large number of plaintiff health plans—including the plaintiff here—engaged Government counsel in discussions regarding potential resolution of the CSR matters through settlement.

The parties' resolution efforts are progressing. On December 3, 2021, Plaintiffs' counsel shared a proposal with the Government to attempt to collectively resolve the damages and mitigation issues in the CSR cases without further litigation or to significantly streamline resolution of the remaining damages/mitigation issues in these cases. On April 28, 2022, the

Government responded to Plaintiffs' proposal, and Plaintiffs responded on May 23, 2022. Thereafter, the parties have convened by phone multiple times, and the Government produced certain settlement-related data and other information to the plaintiffs on July 22, 2022.  Most recently, the parties participated in a settlement-related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the Government on September 15, 2022.   The Government responded to CSR Plaintiffs by letter dated November 10, 2022, and the CSR Plaintiffs' offered a counter-proposal via letter on January 10, 2023.  The parties had conference calls on January 19 and February 24, 2023, to discuss the latest settlement proposal, and continue to be engaged in additional discussions.

The parties respectfully request that the stay of this matter continue for an additional 45 days, at which time the parties will file a joint status report.  Good cause exists for the Court to continue the existing stay of this case.  The parties are working together to determine whether they may efficiently resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case.  The complexity of the CSR cases and the large number of interested stakeholders, necessitates that the parties be afforded additional time to complete these efforts.  The parties therefore jointly propose that, pursuant to the Court's June 8 order, they file a status report by April 17, 2023, in which the parties will update the Court on the status of their efforts to resolve this matter.

March 3, 2023                                               Respectfully submitted,

/s/ Stephen McBrady
Stephen McBrady                                       BRIAN M. BOYNTON
CROWELL & MORING LLP                       Principal Deputy Assistant Attorney General
1001 Pennsylvania Avenue, NW Washington, DC
20004                                                            PATRICIA M. McCARTHY
Telephone:  (202) 624-2500                          Director
Facsimile:  (202) 628-5116
SMcBrady@crowell.com                              s/ Claudia Burke
                                                                        CLAUDIA BURKE

OF COUNSEL:

Charles Baek

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Counsel for Plaintiff

Assistant Director

s/ Albert S. Iarossi
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone:   (202) 307-3390
Email:  albert.s.iarossi@usdoj.gov

OF COUNSEL:

DAVID M. KERR
Trial Attorney

Civil Division
U.S. Department of Justice

Counsel for Defendant