IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 20-565 <br><br> Judge Campbell-Smith |

**JOINT STATUS REPORT**

Pursuant to the Court's July 18, 2023 order (ECF No. 36), the parties respectfully submit this joint status report. The July 18 order continued the stay in these proceedings and directed the parties to file a joint status report on August 1, 2023 and every 45 days thereafter.

As described in the parties' previous joint status reports, counsel for the parties met in person on June 26, 2023 to discuss these remaining offset and mitigation issues and their impact on any potential settlement of these cost-sharing reduction (CSR) cases. The parties exchanged additional information and met again on July 27, 2023, and August 4, 2023. On August 18, August 23, and August 29, the CSR Plaintiffs provided the Government with correspondence regarding certain outstanding settlement issues and proposed a revised settlement methodology incorporating the parties' recent discussions. The parties participated in another settlement negotiation call on August 25 regarding the CSR Plaintiffs' recent correspondence.

In a September 7 letter, the Government responded with a comprehensive account of the issues the parties, in principle, have been able to agree upon and where the Government stands on the remaining issues. This September 7 letter describes terms of a proposed settlement that

counsel for the Government would be willing to recommend for approval to their superiors at the Department of Justice and officials at the Department of Health and Human Services.  Counsel for the CSR Plaintiffs, however, require time to review the Government's latest proposal, confer with their clients, and respond.  Considering that the Government's proposal is comprehensive and has the potential to be a framework for a final agreement, once plaintiffs have the opportunity to review and consider the Government's letter, the parties hope to know whether (and which) plaintiffs are interested in pursuing settlement with the methodology that the parties have crafted.

Accordingly, the parties jointly request that the Court continue the stay in this case, and, pursuant to the Court's July 18 order, the parties will file a Joint Status Report on or before October 30, 2023 to update the Court on the status of their efforts to fully resolve this matter.

| | |
|---|---|
| September 15, 2023 | Respectfully submitted, |
| /s/ Stephen McBrady  <br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW Washington, DC 20004<br>Telephone:  (202) 624-2500<br>Facsimile:  (202) 628-5116<br>SMcBrady@crowell.com<br><br>OF COUNSEL:<br><br>Charles Baek<br><br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Counsel for Plaintiff | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Claudia Burke  <br>CLAUDIA BURKE<br>Deputy Director<br><br>s/ Albert S. Iarossi  <br>Assistant Director<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:   (202) 307-3390<br>Email:  albert.s.iarossi@usdoj.gov |

OF COUNSEL:

DAVID M. KERR
Trial Attorney

Civil Division
U.S. Department of Justice

Counsel for Defendant